**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

EMPIRE PIPE & SUPPLY COMPANY, INC., )
)
    Plaintiff, )
)
vs. )
)
BLACK MOUNTAIN GROUP, LLC; DGPS )
LAND DEVELOPMENT LLC; HERIBERTO )    CASE NO. 8:26-cv-1856
REYES, individually and as personal guarantor )
of DGPS Land Development LLC, )
)
    Defendants. )
)
)

**COMPLAINT**

COMES NOW the Plaintiff, Empire Pipe & Supply Company, Inc. (hereinafter "Empire"),

by and through the undersigned counsel, and hereby files this Complaint against the Defendants

Black Mountain Group, LLC, DGPS Land Development, LLC, and Heriberto Reyes.

PARTIES

1.    Plaintiff Empire Pipe & Supply Company, Inc. is an Alabama corporation with its

principal place of business in Birmingham, Alabama.

2.    Defendant Black Mountain Group, LLC, is a Florida limited liability corporation

with its principal place of business in Lake Mary, Florida. On information and belief, none of the

members of Black Mountain Group, LLC, are Alabama citizens/residents.

3.    Defendant DGPS Land Development, LLC, is a Florida limited liability company

with its principal place of business in Tampa, Florida. On information and belief, none of the

members of DGPS Land Development, LLC, are Alabama citizens/residents.

4.    Defendant Heriberto Reyes is an individual and a citizen/resident of Florida.

3642914.3

JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(b)(2), and 1391(c)(2) because one or more defendants resides in this district and is subject to personal jurisdiction in this judicial district, because a substantial part of the events or omissions giving rise to the claim occurred in this district, and because a substantial part of the property that is the subject of the action is situated in this judicial district.

FACTUAL ALLEGATIONS

7.      Empire adopts and incorporates paragraphs 1 through 6 as if fully set forth herein.

8.      DGPS Land Development, LLC ordered from Empire approximately $2,783,311.78 worth of water, sewer, and drainage infrastructure materials (hereinafter the "Material") to be used in a development project owned by Black Mountain Group, LLC.  That project is located in Polk County, Florida, and is referred to herein as the "Crossroads Project."

9.      Prior to purchasing the Material, DGPS Land Development, LLC, executed a Credit Agreement with Empire.  That Credit Agreement provides, *inter alia*, that "[p]ayment is due thirty (30) days from date of [Empire's] invoice," that DGPS Land Development, LLC, "will pay a late fee of one- and one-half percent (1.5%) per month on any outstanding balance owed," and further that DGPS Land Development, LLC "agrees to pay all attorney's fees, all costs of court and any other expenses incurred by [Empire] in the collection of payment for Product sold to [DGPS Land Development, LLC]."

2

10.     As part of the Credit Agreement with Empire, Defendant Heriberto Reyes executed a personal guaranty pursuant to which he agreed to guarantee payment of all DGPS Land Development, LLC's contractual obligations to Empire.

11.     Empire fulfilled all its obligations under DGPS Land Development, LLC's orders for the Material.

12.     DGPS Land Development, LLC accepted and utilized the Material in the Crossroads Project.

13.     Prior to delivering the Material to the Crossroads Project, Empire notified Black Mountain Group, LLC that Empire was providing the Material for use in the Crossroads Project.

14.     As owner of the Crossroads Project, Black Mountain Group, LLC accepted the Material and utilized it in the Crossroads Project.  Black Mountain Group, LLC, however, has not paid either DGPS Land Development, LLC or Empire for the Material.

15.     On March 6, 2026, Empire recorded a Verified Claim of Lien in Polk County, Florida, relating to Materials is supplied for the Crossroads Project for which Empire has not been paid.  A true and correct copy of this Verified Claim of Lien is attached hereto as **Exhibit A**.

16.     On March 9, 2026, Empire provided Black Mountain Group, LLC, and DGPS Land Development, LLC, with notice and a copy of the recorded Verified Claim of Lien.

17.     As of the date of filing this Complaint, all Defendants have failed to pay Empire the amount owed.  The principal amount owed by Defendants to Empire is $2,271,588.94.  This principal figure does not include interest, service charges, or attorneys' fees.

3

3642914.3

## COUNT ONE
### (BREACH OF CONTRACT against DGPS LAND DEVELOPMENT, LLC)

18.     Empire adopts and incorporates each of the preceding allegations as if fully set out herein.

19.     Empire contractually agreed with DGPS Land Development, LLC to provide water, sewer, and drainage materials and supplies related to construction services, and DGPS Land Development, LLC agreed to pay Empire for the same.

20.     Empire fully performed its obligations under the contract; however, DGPS Land Development, LLC breached the contract because Empire demanded, and DGPS Land Development failed to make, payment of the outstanding principal balance of $2,271,588.94 that is owed to Empire.

WHEREFORE, Empire demands damages from DGPS Land Development, LLC in the amount of $2,271,588.94, plus interest, attorneys' fees, and costs, plus any other relief to which Empire may be entitled.

## COUNT TWO
### (ACCOUNT STATED against DGPS LAND DEVELOPMENT, LLC)

21.     Empire adopts and incorporates each of the preceding allegations as if fully set out herein.

22.     Empire provided DGPS Land Development, LLC with a statement of the account between the parties, said statement totaling a principal balance of $2,271,588.94 that is due on the contract.  Interest, costs, and fees continue to accrue.

23.     There was a meeting of the minds as to the correctness of the account statement, and DGPS Land Development, LLC did not timely object to the amounts due on the account.

4

3642914.3

WHEREFORE, Empire demands damages from DGPS Land Development, LLC in the amount of $2,271,588.94, plus interest, attorneys' fees, and costs incurred in the collection of this outstanding debt, plus any other relief to which Empire may be entitled.

## COUNT THREE
### (OPEN ACCOUNT against DGPS LAND DEVELOPMENT, LLC)

24.    Empire adopts and incorporates each of the preceding allegations as if fully set out herein.

25.    DGPS Land Development, LLC owes Empire a principal balance of $2,271,588.94 that is due on an open account, plus interest, costs, and fees which continue to accrue.

WHEREFORE, Empire demands damages from DGPS Land Development, LLC in the amount of $2,271,588.94, plus interest, attorneys' fees, and costs, plus any other relief to which Empire may be entitled.

## COUNT FOUR
### (WORK AND LABOR DONE against DGPS LAND DEVELOPMENT, LLC, and BLACK MOUNTAIN GROUP, LLC)

26.    Empire adopts and incorporates each of the preceding allegations as if fully set out herein.

27.    DGPS Land Development, LLC owes Empire $2,271,588.94 for work and labor done by Empire for DGPS Land Development, LLC at its request.

28.    Black Mountain Group, LLC also owes Empire $2,271,588.94 for work and labor done by Empire for which Empire gave Black Mountain Group, LLC notice prior performing said work and labor.

WHEREFORE, Empire demands damages from DGPS Land Development, LLC and Black Mountain Group, LLC in the amount of $2,271,588.94, plus interest, attorneys' fees, and costs, plus any other relief to which Empire may be entitled.

## COUNT FIVE
**(UNJUST ENRICHMENT against DGPS LAND DEVELOPMENT, LLC, and BLACK MOUNTAIN GROUP, LLC)**

29.    Empire adopts and incorporates each of the preceding allegations as if fully set out herein.

30.    Due to DGPS Land Development, LLC's failure to pay Empire, DGPS Land Development, LLC has been unjustly enriched.

31.    Due to Black Mountain Group, LLC's acceptance and use of the Material, and its failure to pay for the same, Black Mountain Group, LLC has also been unjustly enriched.

32.    DGPS Land Development, LLC and Black Mountain Group, LLC are in possession of money or proceeds that in equity and good conscience belong to Empire.

33.    It would be unequitable for DGPS Land Development, LLC and Black Mountain Group, LLC, to retain the benefit of Material supplied by Empire without paying the reasonable value thereof.

WHEREFORE, Empire demands judgment against DGPS Land Development, LLC and Black Mountain Group, LLC in the amount of the reasonable value of the Material supplied, in an amount to be proven at trial but not less than $2,271,588.94, plus interest, attorneys' fees, and costs, plus any other relief to which Empire may be entitled.

3642914.3

## COUNT SIX
### (CLAIM ON LIEN against BLACK MOUNTAIN GROUP, LLC)

34.    Empire adopts and incorporates each of the preceding allegations as if fully set out herein.

35.    Because of Defendants' failure to pay the amount owed to Empire, Empire exercised its right to claim a statutory lien on the Crossroad Project.  A copy of the recorded verified statement of lien is attached hereto as **Exhibit A**.

36.    Empire adopts and incorporates herein the description of the property that appears in **Exhibit A**.

37.    Empire's lien remains outstanding and unsatisfied.

WHEREFORE, Empire requests entry of a judgment (i) finding that Empire has a valid and perfected lien, and (ii) against Black Mountain Group, LLC, for the amount secured by the lien, plus attorneys' fees, litigation costs, and interest, and (iii) condemning the property, or the appropriate portions/parcels thereof, to sale for the satisfaction of Empire's lien.  Empire further requests all other legal and equitable relief to which it may be entitled.

## COUNT SEVEN
### (BREACH OF CONTRACT/PERSONAL GUARANTY against HERIBERTO REYES)

38.    Empire adopts and incorporates each of the preceding allegations as if fully set out herein.

39.    Heriberto Reyes executed a Personal Guaranty in conjunction with the Credit Application submitted to Empire by DGPS Land Development, LLC.  Pursuant to that Personal Guaranty, Heriberto Reyes is personally liable for amounts owed to Empire by DGPS Land Development, LLC.

3642914.3

40.     Heriberto Reyes breached his obligations under the Personal Guaranty by failing to pay Empire for the Material.

41.     Empire has been damaged by Heriberto Reyes' breach.

WHEREFORE, Empire demands damages from Heriberto Reyes in the amount of $2,271,588.94, plus interest, attorney's fees and costs, plus any other relief to which Empire may be entitled.

## AD DAMNUM

Based on the allegations set forth above, Empire avers that Defendants are liable for damages, interest, attorneys' fees, costs, and expenses.

WHEREFORE, Empire demands judgment for damages in an amount to be determined by a jury, as well as interest, attorneys' fees, costs, and expenses, and such other relief as the Court and/or jury deem just.

## JURY DEMAND

**EMPIRE DEMANDS TRIAL BY JURY ON ALL OF THE ISSUES TRIABLE BY A JURY IN THE COMPLAINT**

*/s/ Scott D. Stevens*
Scott D. Stevens
Florida Bar No. 57470
STARNES DAVIS FLORIE LLP
11 North Water Street, Suite 20290
Mobile, AL 36602
Phone: 251-433-6049
sstevens@starneslaw.com

*Attorney for Empire Pipe & Supply Company, Inc.*

8

3642914.3

Defendants to be served as follows:

Syed Raza, Registered Agent for Black Mountain Group, LLC
1540 International Pkwy
Ste. 2000
Lake Mary, FL 32746

Feliciano Morales, Registered Agent for DGPS Land Development, LLC
4417 N. Clark Ave.
Tampa, FL 36614

Heriberto Reyes
11891 Williams Rd.
Thonotosassa, FL 33592

9

3642914.3